UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| YADI MARK,<br>an individual,<br><br>       Plaintiff,<br><br>v.<br><br>NEW ORLEANS CITY;<br>and MITCHELL J. LANDRIEU, in his<br>official capacity as Mayor,<br><br>       Defendant. | Case No: 15-cv-7103-NJB-DEK<br><br>Judge: Brown<br><br>Magistrate Judge: Knowles |

## WITNESS AND EXHIBIT LIST

**Now Comes** Plaintiff, Yadi Mark, who submits the following witness and exhibit list in accordance with this Court's scheduling order for the above captioned matter.

*I.*  *Yadi Mark will call the following persons as a witness in this matter:*

    A.    Yadi Mark;

    B.    Miles Mark;

    C.    Nicholas Heybeck, P.E.;

    D.    Edward M. Garber, MD;

    E.    Evangeline G. Scopelitis, MD;

    F.    Defendant Mitchell J. Landrieu;

    G.    One or more representatives of Defendant, City of New Orleans;

    H.    Allen M. Yrle, P.E., New Orleans City Chief Traffic Engineer, Department of Public Works;

    I.    Lt. Col. Mark D. Jernigan (Ret.), P.E., PMP, Director, New Orleans Department of Public Works;

        J.        Louis Haywood, New Orleans Department of Public Works;

        K.        A representative of the New Orleans Department of Public Works, Parking Division;

        L.        Bryan D. Block, Interim Director, or another representative of the New Orleans Vieux Carré Commission;

        M.        Any person or corporate representative of any entity that has performed or has knowledge of construction, renovation, rehabilitation, repair, paving, painting, alteration, addition, and/or removal of accessible-designated on-street parking spaces on the public streets of the French Quarter, from January 26, 1992 to present;

        N.        Any witness disclosed in discovery, which is ongoing;

        O.        Any witness listed by Defendants; and

        P.        Any witness used for the purpose of rebuttal or impeachment.

II.        *Yadi Mark will use the following exhibits in the trial of this matter:*

        A.        Expert report of Nicholas Heybeck;

        B.        Any documents relied upon by Nicholas Heybeck in forming his expert report;

        C.        Resume of Nicholas Heybeck;

        D.        Violations Table prepared by Nicholas Heybeck;

        E.        Photographs taken by Nicholas Heybeck during his expert inspection;

F. Map prepared by Nicholas Heybeck in connection with his expert report;

G. Medical records pertaining to Ms. Mark's disability;

H. Documents pertaining to Ms. Mark's disability;

I. Webpages from the City of New Orleans's website (including but not limited to the Department of Public Works' website);

J. Documents obtained from the City of Tampa Bay Florida's website regarding the availability of disabled parking in Tampa Bay;

K. The U.S. Census Bureau 2010 Americans with Disabilities Act Household Economics Studies, attached as Exhibit A to Plaintiff's Complaint;

L. The City of New Orleans Americans with Disabilities Act Transition Plan for Public Rights-of-Way;

M. City of New Orleans, Department of Public Works, ADA Parking Zone Application and Instructions;

N. Google Maps Streetview photographs of on-street parking spaces in the French Quarter;

O. City of New Orleans, Vieux Carre Commission Guidelines;

P. Documents obtained from the City of New Orleans pertaining to the French Quarter curb cut renovations (which demonstrates the feasibility of the renovations in this case);

Q. Documents and Emails obtained from the City of New Orleans pertaining to the authority of the Vieux Carre Commission over the streets and sidewalks of the French Quarter;

R. Any reports or documents used, issued, or created by Defendants' experts;

S. Any rebuttal reports of Nicholas Heybeck;

T. All exhibits used by Defendants;

U. All documents produced by Defendants in discovery, which is ongoing;

V. Deposition transcripts and statements by witnesses;

W. Any documents or photographs obtained through a Subpoena to a potential witness listed above.

X. All pleadings and exhibits thereto;

Y. Applicable federal, state, and local requirements for the Property and program at issue;

Z. Applicable federal, state, and local statutes, regulations, ordinances, and advisory materials;

AA. All relevant documents in possession of each of the foregoing witnesses;

BB. All blueprints, site plans, and other architectural renderings for the French Quarter showing the number and location of any parking spaces, including but not limited to accessible-designated parking spaces;

CC. Any and all documentation evidencing construction, renovation, rehabilitation, repair, paving, painting, alteration, addition, and/or removal of accessible-designated on-street parking spaces on the public streets of the French Quarter, from January 26, 1992 to present;

DD. Any demonstrative exhibits prepared in summary of the exhibits listed above; and

EE. All exhibits to be used for impeachment or rebuttal purposes; and

Respectfully Submitted,

THE BIZER LAW FIRM
Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)
gdereus@bizerlaw.com
Marc P. Florman (LA # 35128)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By:/s/ Garret S. DeReus
**Garret S. DeReus**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 12, 2016, by ECF filing.

By:/s/ Garret S. DeReus
**Garret S. DeReus**