# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **YADI MARK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 15-7103** |
| **NEW ORLEANS CITY, ET AL.** | * | **SECTION: G** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAGISTRATE: 3** |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come the defendants, the City of New Orleans and Mayor Mitchell J. Landrieu (collectively, the "City"), who submit the following preliminary list of potential witnesses they may call and potential exhibits they may introduce and/or utilize at trial of this matter. The City respectfully reserves its right to supplement and amend these lists, if needed, as discovery continues.

**I.** **WITNESSES:**

1. Yadi Mark (Plaintiff);

2. Nicholas Heybeck, P.E.;

3. Lt. Col. Mark D. Jernigan, P.E., PMP, LTC (Ret.)
   Director, Department of Public Works
   City of New Orleans;

4. Mr. Allen Yrle, P.E.
   Chief Traffic Engineer, Department of Public Works
   City of New Orleans;

5. Louis Haywood
   Construction Project Manager, Department of Public Works
   City of New Orleans;

6. Economic expert (if needed and to be determined);

7. Any witness listed or identified by the Plaintiff, including any potential experts listed by the Plaintiff, in this matter;

8. Any and all individuals whose identity is learned throughout the course of discovery;

9. Any witness whose testimony may be necessary to authenticate any exhibit or record, including but not limited to, any record custodians; and

10. Any witnesses called for rebuttal or impeachment purposes.

The City reserves the right to supplement this witness list within the allotted time prior to trial.

**II.   EXHIBITS:**

1. Resume of Lt. Col. Mark D. Jernigan, P.E., PMP, LTC (Ret.);

2. Expert report(s), and/or expert findings and deposition testimony, of Lt. Col. Mark D. Jernigan, P.E., PMP, LTC (Ret.);

3. Resume of Allen Yrle, P.E.;

4. Report(s) and/or findings and testimony, of Allen Yrle, P.E.;

5. Resume of Louis Haywood;

6. Report(s) and/or findings and testimony, of Louis Haywood;

7. The City of New Orleans Americans with Disabilities Act ("ADA") Transition Plan for Public Rights-of-Way dated June 15, 2013;

8. Urban Systems, Inc.'s Summary Report, Curb Use Survey, Study and Reallocation Plan, April 2010;

9. "Downtown Traffic Condition Analysis" Study (forthcoming);

10. Comprehensive Annual Financial Reports for the City of New Orleans, including but not limited to, year 2014 and year 2015, which are available on the City of New Orleans Website;

11. 2015 Budget for the City of New Orleans;

12. 2016 Budget for the City of New Orleans;

13. Resume of Nicholas Heybeck;

14. Photographs taken by Nicholas Heybeck during his expert inspection;

15. Expert report(s) of Nicholas Heybeck, including any and all exhibits and attachments;

16. Any documents relied upon by Nicholas Heybeck in forming his expert report;

17. Any resume, CV, expert report(s) of, and any documents replied upon by any potential expert of the Plaintiff;

18. Any photographs produced in discovery;

19. Photographs of the area in question identified in this litigation as the "French Quarter;

20. All blueprints, site plans, and other architectural renderings for the area in question identified in this litigation as the "French Quarter," showing the number and location of any stores, rooms, entrances, pathways, bathrooms, and parking spaces;

21. Any and all documentation evidencing any design or construction of facilities by or on behalf of Defendants after January 26, 1992, including but not limited to plans, designs, blueprints, contracts for construction, and like documentation;

22. Any and all documentation evidencing alterations, modifications, remodeling or renovation to the building or facility by or on behalf of Defendants or any predecessor any time after January 26, 1992 including but not limited to plans, designs, blueprints, contracts for construction and like documentation;

23. Applicable federal and state requirements for the area in question identified in this litigation as the "French Quarter";

24. The attorney-client engagement agreement executed between Plaintiff and their counsel of record;

25. Any and all invoices of any expert witnesses engaged by the Plaintiff in connection with this suit;

26. Any and all documents evidencing costs incurred by the Plaintiff in connection with this suit, including, without limitation, non-privileged portions of attorney's fees and bills, court costs, reproduction costs, deposition costs, court reporter fees, and any expenses associated therewith;

27. All pleadings;

28. Deposition transcripts and statements by witnesses;

29. Any and all documents produced as responses to discovery;

30. Any and all documents or exhibits listed, introduced, and/or referred to by the Plaintiff in this matter;

31. Any documents or photographs obtained through a subpoena;

32. Any and all documents, the identity of which is learned throughout the course of discovery;

33. Any evidence discovered pursuant to discovery between the filing of this Exhibit List and the close of discovery in this matter; and

34. Any and all necessary rebuttal or impeachment exhibits.

The City reserves the right to supplement this exhibit list within the allotted time prior to trial.

Respectfully submitted,

*/s/ Jennifer L. Simmons*

**RICHARD E. KING (#25128)**
**JENNIFER L. SIMMONS (#30060)**
**OLIVIA Y. TRUONG (#34990)**
**MELCHIODE MARKS KING LLC**
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: rking@mmkfirm.com
jsimmons@mmkfirm.com
otruong@mmkfirm.com

*Counsel for Defendants,*
*The City of New Orleans and Mayor*
*Mitchell J. Landrieu*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of September, 2016, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Jennifer L. Simmons*

**JENNIFER L. SIMMONS**