**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **YADI MARK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7103** |
| **NEW ORLEANS CITY, ET AL.** | **SECTION: "G" (3)** |

## ORDER

The Court, having considered the cross-motions for summary judgment, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment on Attorneys' Fees and Costs[1] is **GRANTED IN PART** to the extent that counsel for plaintiff Yadi Mark be awarded $32,104.65 in attorneys' fees and $6,829.36 in costs, for a total of $38,934.01.

**IT IS FURTHER ORDERED** that Defendants' Cross-Motion for Summary Judgment on Attorneys' Fees and Costs[2] is **GRANTED IN PART** to the extent that this Court has reduced Mark's counsel's hourly rates and **DENIED IN PART**.

**NEW ORLEANS, LOUISIANA,** this  30th   day May, 2017.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 44.

[2] Rec. Doc. 52.