UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YADI MARK                                                              CIVIL ACTION

VERSUS                                                                    NO. 15-7103

NEW ORLEANS CITY, ET AL.                                   SECTION: "G" (3)

### JUDGMENT

The Court having approved the consent judgment submitted jointly by the parties,[1] and having approved the Report and Recommendation of the United States Magistrate Judge regarding attorneys' fees;[2] accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Yadi Mark in the amount of $32,104.65 in attorneys' fees and $6,829.36 in costs, for a total of $38,934.01.

**NEW ORLEANS, LOUISIANA,** this  30th   day May, 2017.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 40.

[2] Rec. Doc. 62.